THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Amri White, Appellant,
 v.
 South Carolina Department
 of Probation, Parole, and Pardon Services, Respondent.
 
 
 

Appeal From Administrative Law Court
Ralph King Anderson, III, Administrative
 Law Court Judge
Unpublished Opinion No.  2011-UP-055
Submitted February 1, 2011  Filed
 February 15, 2011
APPEAL DISMISSED 

 
 
 
 Amri White, pro se, for Appellant.
 Tommy Evans, Jr., of Columbia, for Respondent.
 
 
 

PER CURIAM: Amri White, an inmate who had been incarcerated with the
 Department of Corrections, appeals the administrative law court's (ALC) dismissal
 of his appeal.  On appeal, White argues the ALC erred in dismissing his appeal
 because the Department of Probation, Parole, and Pardon Services unlawfully
 modified the frequency of his parole hearings and denied him supervised
 furlough.  Because White was released from the Department's custody on July 1,
 2010, we dismiss[1] this appeal as moot because addressing the issues raised will have
 no practical effect on the parties involved in this appeal.  See Mathis
 v. S.C. State Highway Dep't, 260 S.C. 344, 346, 195 S.E.2d 713, 714-15
 (1973) (holding an issue is moot when a judgment on the issue will have no
 practical effect on the existing case or controversy).  
APPEAL
 DISMISSED.
HUFF,
 SHORT, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.